UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 25-015** |
| **MICHAEL BRIAN DEPETRILLO** | **SECTION "A" (5)** |

## NOTICE OF ARRAIGNMENT

Take notice that this criminal matter is set for an Arraignment on **February 10, 2025, at 2:00 p.m.,** before the Criminal Duty Magistrate Judge Karen Wells Roby, 500 Poydras Street, Courtroom B-431, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

**Date: January 30, 2025**                                      **CAROL L. MICHEL, CLERK**
                                                                                 By: Jennifer S. Limjuco, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:
**MICHAEL BRIAN DEPETRILLO (custody)**          AUSA: **Kathryn M McHugh, T.A.**
  Anna Friedberg, Federal Public Defender                      **Brian M. Klebba**
  anna_friedberg@fd.org

                                                                                 U.S. Marshal

                                                                                 U.S. Probation Office

                                                                                 U.S. Pretrial Services Unit

                                                                                 JUDGE

                                                                                 MAGISTRATE JUDGE

                                                                                 INTERPRETER – NO

**If you change address,**
**notify clerk of court**                                                  Special Agent Emily Keller, FBI
**by phone, (504) 589-7687**                                            neworleans@ic.fbi.gov